David Crowley, Bellefonte, for John D. Reed.

Robert A. Greevy, Harrisburg, Robert N. Campolongo, Morristown, for Pa. Board of Probation and Parole.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice SAYLOR dissents.

787 A.2d 283

**J.H., Appellee,**

v.

**STATE ETHICS COMMISSION, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 2001.

Decided Dec. 10, 2001.

John Joseph Contino, for State Ethics Commission.

Thomas E. Groshens, J. Shane Creamer, Philadelphia, for J.H.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Order of the Commonwealth Court reversed. *See Sphere Drake Insurance Company v. Philadelphia Gas Works and Philadelphia Facilities Management Corporation,* 782 A.2d 510 (Pa.2001).

787 A.2d 284

**DALLAS AREA MUNICIPAL AUTHORITY, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., Appellees.**

Supreme Court of Pennsylvania.

Dec. 18, 2001.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of December, the Order of the Commonwealth Court is hereby AFFIRMED. Appellant's Application for the Advancement of Argument is **DENIED.**